

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     David Kirkland v. The State of Texas

Appellate case number:   01-15-01018-CR

Trial court case number: 1467730

Trial court:             179th District Court of Harris County

Date motion filed:       January 18, 2017

Party filing motion:     Appellee

It is ordered that the motion for rehearing is **DISMISSED** as moot.

Judge's signature: /s/ Sherry Radack
☐ Acting individually   ☒ Acting for the Court

Date: February 14, 2017